**Marquis & Aurbach**
JAY YOUNG, ESQ.
Nevada Bar No. 5562
DAVID T. DUNCAN, ESQ.
Nevada Bar No. 9546
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
j@marquisaurbach.com
dduncan@marquisaurbach.com

**Fitzpatrick, Cella, Harper & Scinto**
TIMOTHY J. KELLY, ESQ.
RALPH A. DENGLER, ESQ.
*Pro Hac Vice*
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
tkelly@fchs.com
rdengler@fchs.com
Attorneys for Plaintiff
Everest Gaming Limited

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EVEREST GAMING LIMITED, a company, organized under the laws of the Republic of Malta,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S INTERACTIVE ENTERTAINMENT, INC., a Delaware Corporation; and HARRAH'S LICENSE COMPANY, L.L.C., a Nevada limited liability Company,<br><br>Defendants. | Case No.: 2:10-cv-00904-JCM-LRL<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

This matter came before the Court on September 8, 2010, for the hearing on the

Rule 12(b)(6) motion to dismiss the Complaint filed by defendants Harrah's Interactive Entertainment, Inc. and Harrah's License Company, LLC (hereinafter, collectively "Harrah's"). At the hearing Everest Gaming Limited (hereinafter "Everest") was represented by Jay Young and David Duncan of the firm of Marquis & Aurbach, and Timothy J. Kelly of the firm of Fitzpatrick, Cella, Harper & Scinto. Harrah's was represented by James D. Boyle of the firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson, and James Fogelman of the firm of Gibson & Dunn.

Having reviewed the papers submitted in support of and in opposition to the Defendants' Motion To Dismiss, and having heard the oral argument of counsel, the court denies the motion. The Complaint herein sufficiently pleads the facts and law necessary to make out the claims asserted by Everest. The Court makes no findings at this juncture with respect to Everest's ultimate right to the relief it requests in the Complaint.

Harrah's Answer shall be due twenty (20) days after the date of this Order.

Dated: October 19, 2010

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

MARQUIS & AURBACH

By _____
Jay Young, Esq.
Nevada Bar No. 5562
David T. Duncan, Esq.
Nevada Bar No. 9546
10001 Park Run Drive
Las Vegas, Nevada 89145

///

Approved as to Form and Content:

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON


By ____/s/ James D. Boyle_____
    Nicholas J. Santoro, Esq.
    Nevada Bar No. 00532
    James D. Boyle, Esq.
    Nevada Bar No. 08384
    400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101

GIBSON, DUNN & CRUTCHER LLP


By ____/s/ James P. Fogelman_____
    James P. Fogelman, Esq.
    Nevada Bar No. 09803
    333 South Grand Avenue
    Los Angeles, California  90071-3197

M&A: Order Denying Defendants' Motion To Dismiss