NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 00532
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:      702/791-1912

JAMES P. FOGELMAN, ESQ.
Nevada Bar No. 09803
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90072-3197
Telephone:     213-229-7000
Facsimile:      213-229-7520

*Attorneys for Caesars License Company, LLC and Caesars Interactive Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies; GIGAMEDIA LIMITED, a company organized under the laws of the Republic of China (Taiwan); EVEREST GAMING LIMITED, a company organized under the laws of the Republic of Malta, MANGAS GAMING SAS, a company organized under the laws of the Republic of France; MANGAS EVEREST SAS, a company organized under the laws of the Republic of France; and DOES 1-10,<br><br>Plaintiff/Counter-Defendants,<br><br>v.<br><br>CAESARS LICENSE COMPANY, LLC, a Nevada limited liability company; and CAESARS INTERACTIVE ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendants/Counterclaimants. | Consolidated Base Case File No.:  2:10-cv-00455-JCM-RJJ<br><br>(consolidated with Case No.:  2:10-cv-00607-JCM-RJJ)<br><br>(consolidated w/ Case No.:  2:10-cv-00904-JCM-LRL)<br><br>**JOINT NOTICE OF DISMISSAL OF ALL CONSOLIDATED MATTERS PURSUANT TO FED. R. CIV. P. 41(a)** |

| | |
|---|---|
| EVEREST GAMING LIMITED, a company organized under the laws of the Republic of Malta,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS INTERACTIVE ENTERTAINMENT, INC., a Delaware Corporation; and CAESARS LICENSE COMPANY, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | |

Caesars License Company, LLC and Caesars Interactive Entertainment, Inc. (collectively, "Caesars"), by and through their undersigned counsel of record, and Ultra Internet Media, S.A. ("UIM"), Everest Gaming Limited ("Everest"), GigaMedia Ltd. ("GigaMedia"), Mangas Everest, SAS ("Mangas Everest") and Mangas Gaming, SAS ("Mangas Gaming"), by and through their undersigned counsel of record, hereby submit this Joint Notice of Voluntary Dismissal of All Consolidated Matters Pursuant to Fed. R. Civ. P. 41(a) (the "Notice").

Specifically, Caesars, UIM, Everest, GigaMedia, Mangas Everest and Mangas Gaming hereby jointly stipulate and agree as follows:

1. UIM hereby dismisses each and every one of its claims against Caesars WITH PREJUDICE, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ;

2. Caesars hereby dismisses each and every one of its counterclaims against UIM WITH PREJUDICE, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ;

3. Caesars hereby dismisses each and every one of its counterclaims against GigaMedia WITH PREJUDICE, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ;

4. Caesars hereby dismisses each and every one of its counterclaims against Mangas Everest WITH PREJUDICE, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ;

5. Caesars hereby dismisses each and every one of its counterclaims against Mangas Gaming WITH PREJUDICE, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ;

6. Caesars hereby dismisses each and every one of its claims against UIM WITH PREJUDICE, as alleged in Consolidated Case No. 2:10-cv-00607-JCM-RJJ;

7. UIM hereby dismisses each and every one of its counterclaims against Caesars WITH PREJUDICE, as alleged in Consolidated Case No. 2:10-cv-00607-JCM-RJJ; and

8. Everest hereby dismisses each and every one of its claims against Caesars WITH PREJUDICE, as alleged in Consolidated Case No. 2:10-cv-00904-JCM-LRL.

9. Each of the parties shall pay all of its own legal fees, costs, and any other expenses incurred or to be incurred in connection with the litigation.

In light of the foregoing dismissals, the Parties further stipulate and agree to vacate the hearing scheduled for August 25, 2011 regarding pending motions for summary judgment and motions for partial summary judgment (*see* Docket No. 280).

//
//
//
//
//
//
//
//
//
//
//
//
//

Dated this 16th day of August, 2011.

| | |
|---|---|
| **MARQUIS & AURBACH**<br><br>By: /s/ Jay Young<br>    JAY YOUNG, ESQ.<br>    Nevada Bar No. 05562<br>    DAVID T. DUNCAN, ESQ.<br>    Nevada Bar No. 09546<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br><br>*Attorneys for Ultra Internet Media, S.A., GigaMedia Limited, and Everest Gaming Limited* | **SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON**<br><br>By: /s/ James D. Boyle<br>    NICHOLAS J. SANTORO, ESQ.<br>    Nevada Bar No. 00532<br>    JAMES D. BOYLE, ESQ.<br>    Nevada Bar No. 08384<br>    400 S. Fourth Street, Third Floor<br>    Las Vegas, Nevada 89101 |
| **FITZPATRICK, CELLA, HARPER & SCINTO**<br><br>TIMOTHY J. KELLY, ESQ.<br>RALPH A. DENGLER, ESQ.<br>*Admitted Pro Hac Vice*<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br><br>*Attorneys for Everest Gaming Limited* | **GIBSON, DUNN & CRUTCHER LLP**<br><br>JAMES P. FOGELMAN, ESQ.<br>Nevada Bar No. 09803<br>SHANNON E. MADER, ESQ.<br>California Bar No. 235271<br>*Admitted Pro Hac Vice*<br>333 South Grand Avenue<br>Los Angeles, California 90072-3197<br><br>*Attorneys for Caesars Interactive Entertainment, Inc., and Caesars License Company, LLC* |
| **HOWARD & HOWARD ATTORNEYS, PLLC**<br><br>By: /s/ Robert L. Rosenthal, Esq.<br>    ROBERT L. ROSENTHAL, ESQ.<br>    Nevada Bar No. 06476<br>    3800 Howard Hughes Parkway<br>    Suite 1400<br>    Las Vegas, Nevada 89169<br><br>*Attorneys for Mangas Everest SAS and Mangas Gaming SAS* | |

///
///
///
///
///

- 4 -

**ORDER**

Pursuant to the stipulation and agreement of counsel for Caesars Interactive Entertainment, Inc., and Caesars License Company, LLC, counsel for Ultra Internet Media, S.A. ("UIM"), GigaMedia Limited ("GigaMedia"), and Everest Gaming Limited ("Everest Gaming"), and counsel for Mangas Everest SAS ("Mangas Everest") and Mangas Gaming SAS ("Mangas Gaming") as set forth above, the Court hereby ORDERS and DECREES as follows:

1. UIM's claims against Caesars, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

2. Caesars' counterclaims against UIM, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

3. Caesars' counterclaims against GigaMedia, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

4. Caesars' counterclaims against Mangas Everest, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

5. Caesars' counterclaims against Mangas Gaming, as alleged in Consolidated Base Case No. 2:10-cv-00455-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

6. Caesars' claims against UIM, as alleged in Consolidated Case No. 2:10-cv-00607-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

7. UIM's counterclaims against Caesars, as alleged in Consolidated Case No. 2:10-cv-00607-JCM-RJJ, are hereby dismissed WITH PREJUDICE;

8. Everest's claims against Caesars, as alleged in Consolidated Case No. 2:10-cv-00904-JCM-LRL, are hereby dismissed WITH PREJUDICE; and

9. In light of the foregoing dismissals, the Court hereby VACATES the hearing scheduled for August 25, 2011 regarding pending motions for summary judgment and motions for partial summary judgment (*see* Docket No. 280).

//
//

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED August 18, 2011

- 6 -